IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BOCKMAN, et al. : | |
| Plaintiffs : | Civil Case |
| : | |
| v. : | |
| : | |
| FIRST AMERICAN MARKETING : | No. 10-7412 |
| CORPORATION d/b/a KAEHALL : | |
| ESTATE PLANNING : | |
| COORDINATORS, et al., : | |
| Defendants : | |

## ORDER

AND NOW, this 2nd day of May, 2011, upon consideration of defendants' motion to dismiss for improper venue (Doc. # 8), and all responses and replies thereto, it is hereby ORDERED that the motion is GRANTED for the reasons set forth in the accompanying memorandum. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.